IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS LASTRES, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                Defendant. | Case No. 13-CV-06550<br><br>*FILED ELECTRONICALLY* |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that plaintiff LOUIS LASTRES, through undersigned counsel, hereby dismisses all claims against Defendant RITE AID CORPORATION, without prejudice, pursuant to Rule 41 (a)(1)(A)(i) of the federal Rules of Civil Procedure.

Dated: January 7, 2014

Respectfully Submitted,

*/s/ John D. Zaremba*
John D. Zaremba, Esq.
JDZ3958
ZAREMBA BROWNELL & BROWN
Robert Corbett, Esq.
RC5252
Of Counsel, Zaremba Brownell & Brown
40 Wall Street - 27th Floor
New York, NY 10005
Tel: (212) 380-6700
Fax: (212) 871-6395
jzaremba@zbblaw.com

*/s/ R. Bruce Carlson*
R. Bruce Carlson
PA56657
Gary F. Lynch
PA56887
CARLSON LYNCH LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel: (412) 322-9243
Fax: (412) 231-0246

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
PA87338
Edwin J. Kilpela, Jr.
PA201595
DEL SOLE CAVANAUGH STROYD LLC
200 First Avenue, Suite 300
Pittsburgh, PA 15222
Tel: (412) 261-2393
Fax: (412) 261-2110

*Attorneys for Plaintiff*

The application is ✓ granted. ___ denied.
SO ORDERED
s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: January 7, 2014
Brooklyn, New York